1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

8
9

EASTERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18

RONALD MOORE,

       Plaintiff,

       vs.

LISANDRO CARRILO, et al.,

       Defendants.

**CASE NO. CV F 13-1417 LJO SKO**

**ORDER AFTER SETTLEMENT**

**(Doc. 13.)**

19
20
21
22

     Plaintiff's counsel notified this Court that settlement has been reached among all parties. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than February 22, 2014**, to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

23
24

     This Court VACATES all pending matters and dates, including the **January 28, 2014 scheduling conference**, which is subject to immediate resetting.

25
26
27
28

     Failure to comply with this order will be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272. This Court ADMONISHES the parties and counsel that they must obey the Federal Rules of Civil

Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

    Dated:   **January 22, 2014**              **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES DISTRICT JUDGE