Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>   Plaintiff,<br><br>  vs.<br><br>LISANDRO CARRILO, et al.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

No.  1:13-cv-01417-LJO-SKO

**STIPULATION FOR DISMISSAL OF ACTION; ORDER**

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Lisandro Carrillo; Lidia Corvera dba Mercado y Taqueria a la Mexicana; and Ismael Corvera dba Mercado y Taqueria a la Mexicana, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.   Each party is to bear its own attorneys' fees and costs.

Date:  January 27, 2014                    MOORE LAW FIRM, P.C.


                                           */s/ Tanya E. Moore*_____
                                           Tanya E. Moore
                                           Attorneys for Plaintiff
                                           Ronald Moore


Date: January 27, 2014                     */s/ Bruce A. Neilson*_____
                                           Bruce A. Neilson
                                           Attorneys for Defendants
                                           Lisandro Carrillo; Lidia Corvera and Ismael
                                           Corvera dba Mercado y Taqueria a la Mexicana


## **ORDER**


The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.   The clerk is directed to close this action.


IT IS SO ORDERED.

Dated:  **January 27, 2014**           ____**/s/ Lawrence J. O'Neill**____
                                           UNITED STATES DISTRICT JUDGE